# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-012-053**

Effective date of registration:

January 20, 2010

---

### Title
- **Title of Work:** Jellyfish 3D soft sculpted pillow for home decor

### Completion/Publication
- **Year of Completion:** 2009

### Author
- **Author:** Lynn McKernan, dba Rightside Design
- **Author Created:** sculpture/3-D artwork
- **Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Lynn McKernan, dba Rightside Design
  PO Box 462, Landenberg, PA, 19350

### Rights and Permissions
- **Name:** Lynn McKernan
- **Email:** lamckernan@comcast.net      **Telephone:** 610-304-2741
- **Address:** PO Box 462
  Landenberg, PA 19350 United States

### Certification
- **Name:** Lynn McKernan
- **Date:** January 20, 2010

---

Page 1 of 1

Case 3:14-cv-00197-FDW-DCK   Document 1-2   Filed 04/21/14   Page 2 of 12

Registration #:   VAU001012053

Service Request #:   1-317707483

Lynn McKernan
PO Box 462
Landenberg, PA 19350   United States



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-010-516**

**Effective date of registration:**
January 6, 2010

### Title
**Title of Work:** Three Little Fish Pillow
Jellyfish Pillow

### Completion/Publication
**Year of Completion:** 2009

### Author
- **Author:** Lynn A McKernan, dba Rightside Design
  **Author Created:** 2-D artwork

  **Citizen of:** United States  **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Lynn McKernan, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

### Rights and Permissions
**Name:** Lynn A McKernan
**Email:** lamckernan@comcast.net    **Telephone:** 610-304-2741

### Certification
**Name:** Lynn A McKernan
**Date:** January 6, 2010
**Applicant's Tracking Number:** 1-307281781 and 1-307667351

Page 1 of 1

Registration #:   VAU001010516

Service Request #:   1-307281781

Rightside Design
Lynn A McKernan
PO Box 462
Landenberg, PA 19350  United States



# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-804-192

Effective date of registration:
February 3, 2012

---

**Title**
- **Title of Work:** Blue Crab Embroidered and Beaded Pillow with Seagrass

**Completion/Publication**
- **Year of Completion:** 2009
- **Date of 1st Publication:** July 1, 2009
- **Nation of 1st Publication:** United States

**Author**
- **Author:** Rightside Investments LLC, dba Rightside Design
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

**Copyright claimant**
- **Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
  PO Box 462, Landenberg, PA, 19350, United States

**Rights and Permissions**
- **Organization Name:** Rightside Design
- **Name:** Lynn McKernan
- **Email:** info@mysealifestyle.com
- **Telephone:** 610-304-2741
- **Address:** PO Box 462
  Landenberg, PA 19350 United States

**Certification**
- **Name:** Lynn McKernan
- **Date:** February 3, 2012

Page 1 of 2

Registration #: VA0001804192
Service Request #: 1-719962431



Rightside Design
Lynn McKernan
PO Box 462
Landenberg, PA 19350  United States

