# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-804-111**

Effective date of registration:
February 7, 2012

## Title
- **Title of Work:** Starfish Pillow with Embroidered and Beaded Applique Design

## Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** July 1, 2009
- **Nation of 1st Publication:** United States

## Author
- **Author:** Rightside Investments LLC, dba Rightside Design
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
  PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
- **Organization Name:** Rightside Design
- **Name:** Lynn McKernan
- **Email:** info@mysealifestyle.com
- **Telephone:** 610-304-2741
- **Address:** PO Box 462
  Landenberg, PA 19350 United States

## Certification
- **Name:** Lynn McKernan
- **Date:** February 7, 2012

Page 1 of

Registration #: VA0001804111
Service Request #: 1-721490354



Rightside Investments LLC, dba Rightside Design
Lynn McKernan
PO Box 462
Landenberg, PA 19350 United States



# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-804-114

**Effective date of registration:**
February 7, 2012

---

## Title

**Title of Work:** Sea-ing Eye to Eye Embroidered Fish Pillows
**Contents Titles:** Sea-ing Eye to Eye Fish Pillow Facing Right
Sea-ing Eye to Eye Fish Pillow Facing Left

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** July 1, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Rightside Investments LLC, dba Rightside Design
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions

**Organization Name:** Rightside Design
**Name:** Lynn McKernan
**Email:** info@mysealifestyle.com    **Telephone:** 610-304-2741
**Address:** PO Box 462
Landenberg, PA 19350 United States

## Certification

**Name:** Lynn McKernan
**Date:** February 7, 2012

0000VA000180411402 01

Registration #: VA0001804114
Service Request #: 1-721406251



Rightside Investments LLC, dba Rightside Design
Lynn McKernan
PO Box 462
Landenberg, PA 19350 United States





# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-750-774

**Effective date of registration:**
November 30, 2010

---

## Title
**Title of Work:** Lobster is King Pillow

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** November 1, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Rightside Investments LLC, dba Rightside Design
  **Author Created:** sculpture/3-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
**Organization Name:** Rightside Investments LLC
**Name:** Lynn McKernan
**Email:** info@mysealifestyle.com    **Telephone:** 610-304-2741
**Address:** PO Box 462
Landenberg, PA 19350 United States

## Certification
**Name:** Lynn McKernan
**Date:** November 30, 2010

Copyright Office notes: Regarding author information: Useful article per se not copyrightable; registration based on separable, registrable authorship claimed in application. 17 USC 101, definitions of "Pictorial, graphic, or sculptural works" and "Useful article."





# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-503**

Effective date of registration:
June 30, 2010

## Title
- **Title of Work:** Turtle of the Sea, applique pillow

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** June 1, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Rightside Investments LLC, dba Rightside Design
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
  PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
- **Organization Name:** Rightside Investments LLC
- **Name:** Lynn McKernan
- **Email:** info@mysealifestyle.com
- **Telephone:** 610-304-2741
- **Address:** PO Box 462
  Landenberg, PA 19350 United States

## Certification
- **Name:** Lynn McKernan
- **Date:** June 30, 2010

Registration #:   VA0001728503

Service Request #:   1-435486611



Rightside Investments LLC
Lynn McKernan
PO Box 462
Landenberg, PA 19350  United States

