# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-750-952

**Effective date of registration:**
December 1, 2010

## Title
**Title of Work:** Great Blue Heron Pillow

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** November 1, 2010  **Nation of 1st Publication:** United States

## Author
**Author:** Rightside Investments LLC, dba Rightside Design
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
**Organization Name:** Rightside Investments LLC
**Name:** Lynn McKernan
**Email:** info@mysealifestyle.com  **Telephone:** 610-304-2741
**Address:** PO Box 462
Landenberg, PA 19350 United States

## Certification
**Name:** Lynn McKernan
**Date:** December 1, 2010

Correspondence: Yes



# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-750-799

**Effective date of registration:**
December 1, 2010

## Title
**Title of Work:** King of the Chesapeake Pillow

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** September 1, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Rightside Investments LLC, dba Rightside Design
  **Author Created:** sculpture/3-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
**Organization Name:** Rightside Investments LLC
**Name:** Lynn McKernan
**Email:** info@mysealifestyle.com    **Telephone:** 610-304-2741
**Address:** PO Box 462
Landenberg, PA 19350 United States

## Certification
**Name:** Lynn McKernan
**Date:** December 1, 2010

**Copyright Office notes:** Regarding author information: Useful article per se not copyrightable; registration based on separable, registrable authorship claimed in application. 17 USC 101, definitions of "Pictorial, graphic, or sculptural works" and "Useful article."





# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-804-112**

Effective date of registration:
February 7, 2012

## Title
**Title of Work:** Pinch Me Blue Crab Embroidered Pillow with Bubbles

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** July 1, 2009   **Nation of 1st Publication:** United States

## Author
- **Author:** Rightside Investments LLC, dba Rightside Design
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Rightside Investments LLC, dba Rightside Design
PO Box 462, Landenberg, PA, 19350, United States

## Rights and Permissions
**Organization Name:** Rightside Design
**Name:** Lynn McKernan
**Email:** info@mysealifestyle.com   **Telephone:** 610-304-2741
**Address:** PO Box 462
Landenberg, PA 19350 United States

## Certification
**Name:** Lynn McKernan
**Date:** February 7, 2012

Page 1 of

Case 3:14-cv-00197-FDW-DCK   Document 1-4   Filed 04/21/14   Page 10 of 15

Registration #: VA0001804112
Service Request #: 1-721490319



Rightside Investments LLC, dba Rightside Design
Lynn McKernan
PO Box 462
Landenberg, PA 19350  United States



# EXHIBIT K



# Ann·Scott LTD.
**GIFTS & CHRISTMAS**

GARRY DAVIS
OWNER

~~2522 SHEFFIELD DRIVE~~
~~GASTONIA, NC 28054~~
~~704-865-4700~~

Order Form
0-274-3557

PO Box 462, Landenberg, PA 19350
610-304-2741  www.mysealifestyle.com

Ship 8/15 - 9/1

Company Name: Ann Scott
Contact Name: Garry Davis
Phone #:
Fax #:

Billing Address: _____
Shipping Address: _____

Payment Methods (circle one):  MasterCard   Visa
Credit Card Number: Call in Ship     Exp. Date: 05/2013  ope 4/6
Name on Card: 7266 8412 4273 9033  Signature: Garry M. Davis

| Item # | Item Description | Quantity | WS Price | Total | |
|---|---|---|---|---|---|
| P0918 | Three Little Fish Pillow (16"x16") | 2 | $26.50 | $ 53 | ✓ |
| P0919 | Sea-ing Eye to Eye Pillow (Fish Facing right) (16"x16") | | $26.50 | $ | |
| P0920 | Sea-ing Eye to Eye Pillow (fish facing left) (16"x16") | 2 | $26.50 | $ 53 | ✓ |
| P0921 | Sand Dollar Pillow (16"x16") | 2 | $25.00 | $ 50 | ✓ |
| P0922 | Blue Claw Crab Pillow (16"x16") | 2 | $26.50 | $ 53 | ✓ |
| P0923 | Pinch Me I think I'm Dreaming Crab pillow (12"x16") | 2 | $23.50 | $ 47 | ✓ |
| P0924 | Horses of the Sea Pillow (16"x16") | | $26.50 | $ | |
| P0925 | Jellyfish pillow (18"x22") | 2 | $30.00 | $ 60 | ✓ |
| P0926 | Turtle of the Sea (20" x 20") | 2 | $35.00 | $ 70 | ✓ |
| P0927 | Lobster is King Pillow (14" x 23") 5/1/11 In stock | 2 | $35.00 | $ 70 | ✓ |
| P0928 | Starfish Pillow (16" x 16" square) | 2 | $25.00 | $ 50 | ✓ |
| P0929 | King of the Chesapeake Pillow (20" x 20" square) 5/1/11 in stock | 2 | $35.00 | $ 70 | ✓ |
| P0930 | Blue Heron Pillow (20" x 20"square) 5/1/11 In stock | 2 | $35.00 | $ 70 | ✓ |
| F3566 | Glam Fish hook-small blue | | $12.00 | $ | |
| F3567 | Glam Fish hook-large amber | | $15.00 | $ | |
| T081763 | Bamboo Tray-Nautilus → 20 carton 4 / 28 single | | $26.00 | $ | |
| T081764 | Bamboo Tray-Blue Crab | | $26.00 | $ | |
| M061008 | Bamboo Starfish mirror | | $18.50 | $ | |
| C32806 | Coatrack with Art Print | | $30.00 | $ | |
| GSME01 | All Natural Glycerine Soap with Deco Dish Gift Set-Mermaid | | $ 8.50 | | |
| GSCR02 | All Natural Glycerine Soap with Deco Dish Gift Set-Crabs | | $ 8.50 | $ | |
| GSST03 | All Natural Glycerine Soap with Deco Dish Gift Set-Starfish | | $ 8.50 | $ | |
| GSRF04 | Glycerine Soap Refill Gift Set (2 soaps per pack) -specify Large Crabs, Mermaids, Starfish, Lobster, Tropical Fish, Dolphins, Harp Seal or Turtles (Turtles 3 per pack). Comes in Kraft Gift Window box with bow. Box size is 7.5" long x 4" W by 2" H-to ship May 2011 | | $ 6.50 | $ | |
| S127 | Sea Urchin Sachet | | $ 8.50 | $ | |
| S128 | Clam Sachet | | $ 8.50 | $ | |
| S129 | Starfish Sachet | | $ 8.50 | $ | |
| S130 | Blue Crab Sachet | | $ 8.50 | $ | |
| S131 | Octopus Sachet | | $ 8.50 | $ | |
| S132 | Horseshoe Crab Sachet | | $ 8.50 | $ | |
| S133 | Assortment of Sachets set of six styles (minimum five assort-30 total) | 5 | $ 48.00 | $ | |
| C3557 | Sand Dollar Coasters (set of four) | 3 | $ 8.50 | $ 25.50 | ✓ |
| Invoice # | Total Before Shipping & Handling | | | $ | |
| | Shipping & Handling – To Be Calculated | | $ | | |
| | Total Invoice Cost | | | $ 671.50 | |

2 buys  20 lb/ead  24x10x24
4/8 9 4/

Rightside Design
PO Box 462
Landenberg, Pa. 19350
Ph:610-304-2741
Fax:610-274-3557
info@mysealifestyle.com


I·Sea·Life™ Collection

# Invoice

| Date | Invoice No. |
|---|---|
| 08/17/11 | 28061852 |

| Bill To: |
|---|
| Ann Scott Ltd |
| Garry Davis |
| 18822 River Wind Lane |
| Davidson, NC 28036 |

| Ship To |
|---|
| Ann Scott Ltd |
| Garry Davis |
| 18822 River Wind Lane |
| Davidson, NC 28036 |

| Terms | Rep | Ship Date | Ship Via | Payment |
|---|---|---|---|---|
| Credit Card | LM | 08/17/11 | Federal Express | Paid |

| Item | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| P0918 | Three Little Fish Pillow (16"X16") | 2 | 26.50 | 53.00 |
| P0920 | Sea-ing Eye to Eye Pillow (Fish Facing Left) (16"x16") | 2 | 26.50 | 53.00 |
| P0921 | Sand Dollar Pillow (16"x16") | 2 | 25.00 | 50.00 |
| P0922 | Blue Claw Crab Pillow (16"x16") | 2 | 26.50 | 53.00 |
| P0923 | Pinch Me I Think I'm Dreaming Crab Pillow (12"x16") | 2 | 23.50 | 47.00 |
| P0925 | Jellyfish Pillow (18"x22") | 2 | 30.00 | 60.00 |
| P0926 | Turtle of the Sea Pillow (20"x 20") | 2 | 35.00 | 70.00 |
| P0927 | Lobster is King Pillow | 2 | 35.00 | 70.00 |
| P0928 | Starfish Pillow | 2 | 25.00 | 50.00 |
| P0930 | Great Blue Heron Pillow (20" x 20") | 2 | 35.00 | 70.00 |
| C3557 | Sand Dollar Coasters (set of four) | 3 | 8.50 | 25.50 |
| P0929 | King of the Chesapeake Pillow 20" x 20") | 2 | 35.00 | 70.00 |
| ship charges | Shipping and Handling charges - Fedex Home Delivery | 1 | 49.95 | 49.95 |
| | | | Total | $721.45 |

Shippes and Billes 8/17