**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:14-CV-197-FDW-DCK**

| | | |
|---|---|---|
| **RIGHTSIDE INVESTMENTS, LLC, d/b/a RIGHTSIDE DESIGN and LYNN MCKERNAN** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **SEASON'S DESIGNS INTERNATIONAL, LTD. and GARRY M. DAVIS,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

 **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Marjorie C. Redding, concerning Emily A. Danchuk on May 13, 2014.  Ms. Emily A. Danchuk seeks to appear as counsel *pro hac vice* for Plaintiffs Rightside Investments, LLC, d/b/a Rightside Design and Lynn McKernan.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

 **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.**  Ms. Emily A. Danchuk is hereby admitted *pro hac vice* to represent Plaintiffs Rightside Investments, LLC, d/b/a Rightside Design and Lynn McKernan.

 **SO ORDERED**.

Signed: May 14, 2014

David C. Keesler
United States Magistrate Judge